IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00117-H-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD EARL BLONDEAU, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion to request appointment of counsel [DE-102] and motion to accompany appointed counsel to hearing on his own recognizance [DE-105]. With respect to the motion requesting appointment of counsel, the Court has reviewed the financial affidavit provided by Defendant and concludes that appointment of counsel is appropriate. Therefore, Defendant's motion requesting appointment of counsel [DE-102] is **GRANTED**, and the Federal Public Defender's Office is **DIRECTED** to appoint counsel for the Defendant forthwith. Defendant's motion to accompany appointed counsel to the September 14, 2011 hearing on his own recognizance [DE-105], i.e., in the custody of his court appointed counsel as opposed to the United States Marshal, is **DENIED** for failure to show good cause for the request.

This the 25th day of August, 2011.

_____
DAVID W. DANIEL
United States Magistrate Judge