| PROB 35 | Report and Order Terminating Supervision |
|---|---|
| (Rev 3/93) | Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:09-CR-117-1H

HAROLD EARL BLONDEAU

    On May 2, 2013, the above named was placed on supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                Respectfully submitted,

                /s/ Robert L. Thornton
                Robert L. Thornton
                Supervising U.S. Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of July 2014.

                Malcolm J. Howard
                Senior U.S. District Judge